# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | Case No.  CR-18-256-F |
| ) | |
| **JERON MANIC KILCULLEN,** ) | |
| ) | |
| **Defendant.** ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to the United States Marshal for the Western District of Oklahoma or any United States Marshal, and the Warden or Superintendent:

GREETINGS:  You are hereby commanded to proceed to Cimarron Correctional Facility and there take and receive Jeron Manic Kilcullen, Inmate Number 730357, and keep him in your custody and bring him before the United States District Court for the Western District of Oklahoma on November 5, 2018, at 3:00 p.m., for any hearings necessary in this case and then return [him/her] to the custody of the above-named institution, or do as otherwise ordered by the Court.

DATED this 18th day of October, 2018.

CARMELITA REEDER SHINN
Clerk of the United States District Court
for the Western District of Oklahoma

By: s/Raven McDaniel
         DEPUTY